## 3859. MILLER *v.* McKENZIE.

RUSSELL, J. The pledgee of collateral may maintain trover for its recovery. *Citizens Banking Co.* v. *Peacock,* 103 *Ga.* 171 (29 S. E. 752). Under the testimony offered in behalf of the plaintiff, the jury would have been authorized to find that the title to the certificates of stock sued for had never passed out of the plaintiff, and that the defendant was not a bona fide holder of the collateral. It was therefore error to award a nonsuit.                    *Judgment reversed.*

DECIDED SEPTEMBER 24, 1912.

Trover; from city court of Ashburn—Judge Tipton.  October 19, 1910.

*L. P. Skeen, John B. Hutcheson,* for plaintiff.

*J. H. Pate, J. A. Comer,* contra.